TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-10-00318-CV






Joe Liccese, Appellant


v.


BJJA Scale Free, Inc., Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT

NO. D-1-GN-09-000599, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING





O R D E R

PER CURIAM

 Appellant Liccese has filed a motion to stay trial proceedings pending resolution of
interlocutory appeal and arbitrability of claims. We deny the motion without prejudice.

 It is ordered July 16, 2010.



Before Chief Justice Jones, Justices Puryear and Pemberton